# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FEDERAL HOME LOAN MORTGAGE CORPORATION,** : | CIVIL ACTION NO. 1:06-CV-0961 |
| : | (Judge Conner) |
| **Plaintiff** : | |
| : | |
| v. : | |
| : | |
| **EUGENE F. VADINO and SUSAN VADINO,** : | |
| : | |
| **Defendants** : | |

## ORDER

AND NOW, this 13th day of September, 2007, upon consideration of the motion for service of notice of sale pursuant to special order of court (Doc. 19), in which plaintiff avers that it has been unable to locate mortgagee-defendants to effect service of the notice of sale for the real property located at 91 Blackberry Road, Pocono Lake, Pennsylvania, and it appearing that Pennsylvania law provides for alternative methods for effecting service in *in rem* actions, see FED. R. CIV. P. 4(e) ("[S]ervice upon an individual . . . may be effected . . . pursuant to the law of the state in which the district court is located . . . ."); see also PA. R. CIV. P. 410(c) (suggesting alternative methods of service in real property actions), and that under the circumstances *sub judice* service may be effected by posting a copy of the notice of sale on the property at issue or by sending a copy of the notice of sale by registered mail to the defendants' last-known address, see id.; see also PA. R. CIV. P. 430 (service pursuant to special order of court), it is hereby ORDERED that:

1. The motion for service of notice of sale pursuant to special order of court (Doc. 19) is GRANTED.

2. Plaintiff shall post a copy of the notice of sale on the most public part of the property located at 91 Blackberry Road, Pocono Lake, Pennsylvania.

3. Plaintiff shall send, by registered mail, the notice of sale to defendants at defendants' last known address of HC 88 Box 722, Pocono Lake, Pennsylvania.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge