# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FEDERAL HOME LOAN MORTGAGE CORPORATION,** | : | CIVIL ACTION NO. 1:06-CV-0961 |
| | : | |
| | : | (Judge Conner) |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | |
| **EUGENE F. VADINO** and **SUSAN VADINO,** | : | |
| | : | |
| | : | |
| **Defendants** | : | |

## ORDER AND AMENDED JUDGMENT

AND NOW, this 24th day of October, 2007, upon consideration of the motion for reassessment of damages (Doc. 31), asking this court to modify the order and judgment entered in favor of plaintiff on August 11, 2006 (Doc. 14), to add interest accrued through the date of the Marshal's Sale, and it appearing that the court's order required the Marshal's Sale to occur within 180 days of the date of judgment, and it further appearing that the Marshal's Sale has been scheduled for October 30, 2007, (see Doc. 19 at 1), and the court concluding that judgment modification is justified by the delay in the Sale, see FED. R. CIV. P. 60(b) (authorizing the court to amend a final judgment for any "reason justifying relief"), it is hereby ORDERED that:

1. The motion (Doc. 31) is CONSTRUED as a request to remove the 180-day restriction in the court's order and judgment (Doc. 14). The motion is GRANTED as so construed.

2. The motion (Doc. 31) is GRANTED to amend the judgment entered in favor of plaintiff as follows:

| | |
|---|---:|
| Principal | $ 92,782.88 |
| Interest to 10/30/07 | $ 11,673.30 |
| Late charges | $ 56.18 |
| Costs of the Suit and Title | $ 1,682.50 |
| Property Inspections | $ 232.50 |
| Appraisal/Broker's Price Opinion | $ 85.00 |
| Attorney's Fees | $ 1,325.00 |
| Suspense/Misc. Credits | $ 14,380.44 |
| JUDGMENT as of 10/30/07 | $122,217.80 |

3. The judgment entered on August 11, 2006 (Doc. 14) remains in full force and effect except as expressly modified by this order.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge